SOMVANG CHALEUNPHONE ET AL. *v.*
SLATER ROAD ASSOCIATES
(10308)

O'CONNELL, FOTI and HEIMAN, Js.
Submitted on briefs February 18—decision released March 3, 1992

*Richard F. Tolisano* filed a brief for the appellant (defendant).

*Lawrence J. Legenza* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

NORWEST EQUIPMENT FINANCE, INC. *v.*
STONECRAFTERS, LTD., ET AL.
(10545)

DALY, O'CONNELL and FOTI, Js.
Argued February 18—decision released March 3, 1992

*F. Woodward Lewis, Jr.,* for the appellants (named defendant et al.).

*Jonathan J. Einhorn,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.